```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 1 9 2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
 
UNITED STATES OF AMERICA　　　　:
 　　　　　　　　　　　　　　　　:　**UNSEALING ORDER**
　　　　-v.-　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　:　18 Cr. 891
ZHU HUA,　　　　　　　　　　　　　:
　　a/k/a "Afwar,"　　　　　　　　:
　　a/k/a "CVNX,"　　　　　　　　　:
　　a/k/a "Alayos,"　　　　　　　　:
　　a/k/a "Godkiller," and　　　　 :
ZHANG SHILONG,　　　　　　　　　　:
　　a/k/a "Baobeilong,"　　　　　　:
　　a/k/a "Zhang Jianguo,"　　　　 :
　　a/k/a "Atreexp,"　　　　　　　 :
　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　Defendants.　　:
　　　　　　　　　　　　　　　　　　:
- - - - - - - - - - - - - - - - x

　　　　Upon the application of the United States, by the United States Attorney for the Southern District of New York, Geoffrey S. Berman, by Assistant United States Attorney Sagar K. Ravi;

　　　　It is found that the Indictment in the above-captioned case is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed; it is therefore

　　　　ORDERED that the Indictment in the above-captioned case be unsealed at 9:00 AM EST on December 20, 2018 and remain unsealed pending further order of the Court.

Dated:　　New York, New York
　　　　　December 19, 2018

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HONORABLE DEBRA FREEMAN
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE