```
                                         ┌─────────────────────────────┐
                                         │ USDC SDNY                   │
                                         │ DOCUMENT                    │
UNITED STATES DISTRICT COURT             │ ELECTRONICALLY FILED        │
SOUTHERN DISTRICT OF NEW YORK            │ DOC #:_____       │
- - - - - - - - - - - - - - - - x        │ DATE FILED: NOV 1 7 2018    │
                                :        └─────────────────────────────┘
UNITED STATES OF AMERICA        :
                                :        LIMITED UNSEALING ORDER
            -v.-                :
                                :        18 Cr. _____
ZHU HUA,                        :
     a/k/a "Afwar,"             :
     a/k/a "CVNX,"              :
     a/k/a "Alayos,"            :
     a/k/a "Godkiller," and     :
ZHANG SHILONG,                  :
     a/k/a "Baobeilong,"        :
     a/k/a "Zhang Jianguo,"     :        18 CRIM 891
     a/k/a "Atreexp,"           :
                                :
            Defendants.         :
                                :
- - - - - - - - - - - - - - - - x
```

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Geoffrey S. Berman, by Assistant United States Attorney Sagar K. Ravi;

WHEREAS the Indictment and arrest warrants in the above-captioned case are currently sealed; and

WHEREAS the United States Attorney's Office has applied to have the Indictment and arrest warrants unsealed for the limited purposes of consulting with and providing notice to the victims of the offenses charged in the Indictment, and allowing the United States Attorney's Office and the Department of Justice to transmit the Indictment and arrest warrants to representatives from the Department of State, other U.S. federal agencies, and foreign authorities, including but not limited to law enforcement,

intelligence and diplomatic authorities, for purposes of effectuating provisional arrest warrants, requests made under Mutual Legal Assistance Treaties, extradition requests and coordinating federal government and law enforcement and other U.S. and foreign government activity prior to unsealing of the Indictment, including remediation actions, and to provide information about the Indictment to the victims of offenses charged in the Indictment who have an interest in preparing for the Indictment to be public; it is hereby

ORDERED that the Indictment and arrest warrants in this matter be unsealed for the limited purposes described in the preceding paragraph; and it is further

ORDERED that the Indictment, arrest warrants, and this Order shall remain under seal until further Order from the Court.

Dated:   New York, New York
         December 17, 2018

_____
HONORABLE DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE